479 A.2d 1093

Commonwealth v. Baker, Appellant.

Argued April 12, 1984. L. Edward Glass, for appellant; David Flower, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment of sentence reversed and appellant awarded a new trial.

ROWLEY, J., filed a dissenting memorandum.